IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

| | | |
|---|---|---|
| JACKIE R. CHESHIER, JR. AND TERESA CHESHIER | | PLAINTIFFS |
| vs. | NO. 1:06-CV0027-JMM | |
| THE AJAX MANUFACTURING CO. | | DEFENDANT |
| LIBERTY MUTUAL INSURANCE CO. | | INTERVENOR |

### ORDER

Upon joint motion of the parties, the Court finds that the above-captioned matter has been amicably resolved by settlement and is, therefore, hereby dismissed with prejudice.

IT IS SO ORDERED and ADJUDGED.

_____
HONORABLE JAMES M. MOODY

DATE: Oct 25, 2007

APPROVED AS TO FORM:

_____
H. David Blair, Esq.
Blair & Stroud
P. O. Box 2135
Batesville, AR 72503

_____
James C. Baker, Jr.
Friday, Eldredge & Clark
2000 Regions Center
400 West Capitol Avenue
Little Rock, AR 72201